# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: November 18, 2021      Judge: Hon. James Donato

Time: 23 Minutes

Case No.    **3:21-cv-02343-JD Kochar v. Walmart, Inc.**
               **3:21-cv-03674-JD Davis v. Walmart, Inc.**

Attorney(s) for Plaintiff(s):    Neil Swartzberg
                                  Carolin K. Shining
Attorney(s) for Defendant(s):   Chris Keegen
                                  Shayne Henry
                                  Donna M. Welch

Deputy Clerk: Lisa R. Clark      Court Reporter: Debra Pas

## PROCEEDINGS

Initial Case Management Conference and Motion to Dismiss Hearing -- Held

## NOTES AND ORDERS

The related actions will be consolidated under Case No. 21-2343, and all future filings will be made in that action. Case No. 21-3674 will be closed.

Plaintiffs are directed to file a consolidated complaint by January 3, 2022. Defendants may respond by February 17, 2022. The pending motions to dismiss, Dkt. Nos. 20 (Kochar) and 25 (Davis) are terminated without prejudice.